■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. DUFFIN, Appellant. [703 NYS2d 918] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered April 8, 1998, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree and sentencing him, as a second violent felony offender, to a term of 5 years, unanimously affirmed.

Defendant's challenge to the Grand Jury proceedings is foreclosed by his guilty plea (*People v Taylor*, 65 NY2d 1; *People v Di Raffaele*, 55 NY2d 234). Concur—Sullivan, P. J., Rosenberger, Mazzarelli and Andrias, JJ.

■ In the Matter of JOHN PIROZZI, Appellant, v HOWARD SAFIR, as Police Commissioner of the City of New York, et al., Respondents. [703 NYS2d 185] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered March 19, 1998, which denied petitioner's application pursuant to CPLR article 78 to annul respondent Police Commissioner's determination terminating him from his position as a police officer without a hearing and granted respondents' motion to dismiss the petition, unanimously affirmed, without costs.

Petitioner was properly terminated from the Police Department without a hearing in light of his conviction of aggravated harassment in the second degree, a crime committed by petitioner in the line of duty and constituting a violation of his oath of office (*see*, Public Officers Law § 30 [1] [e]; *Matter of Duffy v Ward*, 81 NY2d 127). Concur—Sullivan, P. J., Rosenberger, Mazzarelli and Andrias, JJ.